Cavanagh, J.
(dissenting). I would not resolve this case by a per curiam opinion. This case raises a jurisprudentially significant issue of statutory interpretation: whether a felon in possession of a concealed weapon convicted of CCW may avail himself of the dwelling house exemption in the CCW statute, MCL 750.227(2). In answering this issue, the per curiam opinion overrules the Court of Appeals holding in, People v Marrow, 210 Mich App 455; 534 NW2d 153 (1995), aff’d, 453 Mich 903; 554 NW2d 901 (1996), which previously interpreted MCL 750.227(2) for the same reason. I would rather grant leave so we may receive the benefit of full briefing and argument by the parties before taking such action.
Kelly, J., concurred with Cavanagh, J.